**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-7121**

_____

QUINTON WHEELER,

              Plaintiff – Appellant,

        v.

HARLEY G. LAPPIN, Director; JOE DRIVER, Warden; JEFF BOYLES,
Medical Administrator; JORGES VAZQUEZ, Medical Doctor; A.
PELLOTHEODOROS, Correction Officer,

              Defendants – Appellees.

_____

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg.  Irene M. Keeley,
District Judge.  (1:08-cv-00206-IMK-JSK)

_____

Submitted:  October 15, 2009        Decided:  October 21, 2009

_____

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Quinton Wheeler, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Quinton Wheeler appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice his 42 U.S.C. § 1983 (2006) complaint for failure to exhaust administrative remedies, denying his motion for preliminary injunction, and denying his motion to supplement his claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wheeler v. Lappin, No. 1:08-cv-00206-IMK-JSK (N.D.W. Va. June 4, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED